STATE v. DANIELS

No. 539P87.

Case below: 87 N.C. App. 287.

Petition by defendant for temporary stay of the mandate of the Court of Appeals denied 19 October 1987.

STATE v. HATFIELD

No. 502P87.

Case below: 86 N.C. App. 640.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

STATE v. KERLEY

No. 543P87.

Case below: 87 N.C. App. 240.

Petition by Attorney General for temporary stay allowed 23 October 1987.

STATE v. MAYES

No. 514A87.

Case below: 86 N.C. App. 569.

Motion by the State to dismiss appeal filed pursuant to G.S. 7A-30 for lack of substantial constitutional question allowed 5 November 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 November 1987.

STATE v. MIXON

No. 463P87.

Case below: 86 N.C. App. 484.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.